

**WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP**

November 13, 2023

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re:    *William Hunt v. Michael J. Alamo, et al.* – Case No. 1:23-CV-09151-PAE

Dear Judge Engelmayer,

    The undersigned represents Defendants Michael J. Alamo and Alamo Management, LLC (collectively, "Defendants") in the above-referenced action.

    Earlier today, Defendants filed a motion to dismiss (the "Motion") the Verified Complaint (the "Complaint"), in its entirety. The Complaint asserts three separate causes of action based on purported violations of the Securities Act of 1933 and the Securities Exchange Act of 1934.[1]

    Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(b), there is an automatic stay of discovery during the pendency of the Motion. *Altimeo Asset Mgmt. v. Qihoo 360 Tech. Co.*, No. 19-CV-10067-PAE, 2022 U.S. Dist. LEXIS 94197, at *3 (S.D.N.Y. May 25, 2022) ("The PSLRA provides that 'all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.'")

    In light of the foregoing, Defendants respectfully request that the Initial Pretrial Conference presently scheduled for November 21, 2023 should be adjourned, pending the Court's determination of the Motion.

    We thank the Court for its time and consideration.

    Respectfully submitted,

    /s/ Robert Volynsky

    Robert B. Volynsky

DENIED WITHOUT PREJUDICE. Per the Court's Individual Rules, requests for an adjournment must include whether opposing counsel consents, and, if not, the reasons given for refusing consent. The present letter-motion does not reveal whether defendants' counsel sought plaintiff's counsel's consent. Defendants' counsel is free to file a new letter-motion for adjournment upon receiving a response from plaintiffs' counsel.

Dated: November 13, 2023      *Paul A. Engelmayer*
New York, New York      PAUL A. ENGELMAYER
     United States District Judge

1 OLD COUNTRY ROAD, SUITE 275 | CARLE PLACE, NEW YORK 11514
T: (212) 202-3171