

WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP

November 14, 2023

<u>Via ECF</u>
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: <u>*William Hunt v. Michael J. Alamo, et al.* – Case No. 1:23-CV-09151-PAE</u>

Dear Judge Engelmayer,

The undersigned represents Defendants Michael J. Alamo and Alamo Management, LLC (collectively, "Defendants") in the above-referenced action.

Yesterday, Defendants filed a motion to dismiss (the "Motion") the Verified Complaint (the "Complaint"), in its entirety. The Complaint asserts three separate causes of action based on purported violations of the Securities Act of 1933 and the Securities Exchange Act of 1934.[1]

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(b), there is an automatic stay of discovery during the pendency of the Motion. *Altimeo Asset Mgmt. v. Qihoo 360 Tech. Co.*, No. 19-CV-10067-PAE, 2022 U.S. Dist. LEXIS 94197, at *3 (S.D.N.Y. May 25, 2022) ("The PSLRA provides that 'all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.'").

In light of the foregoing, Defendants respectfully request that the Initial Pretrial Conference presently scheduled for November 21, 2023 should be adjourned, pending the Court's determination of the Motion.

Plaintiff's Counsel, Brandon Dei, Esq., consents to the adjournment request.

This Defendants' second request for an adjournment of the Initial Pretrial Conference. The Court previously denied Defendants' first request, without prejudice. [DE 19].

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Robert Volynsky

Robert B. Volynsky

cc: Counsel of Record (*via ECF*)

---

[1] For ease of reference, a true and correct copy of the Summons and Complaint are annexed hereto at Exhibit A.

1 OLD COUNTRY ROAD, SUITE 275 | CARLE PLACE, NEW YORK 11514
T: (212) 202-3171

Granted. SO ORDERED.

Dated: November 14, 2023
     New York, New York

PAUL A. ENGELMAYER
United States District Judge