UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM HUNT,

                              Plaintiff,                23 Civ. 9151 (PAE)

         -v-

MICHAEL J. ALAMO, *et al.*,                          ORDER

                             Defendants.

PAUL A. ENGELMAYER, District Judge:

      On November 13, 2023, defendants filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 15. On November 14, 2023, the Court directed plaintiff to either amend the complaint or oppose the motion to dismiss by September 8, 2023, Dkt. 20, a deadline later extended to January 8, 2024, Dkt. 24. As of the entry of this order, however, plaintiff has failed to either amend his complaint or oppose defendants' motion (or seek a further extension). The deadline to amend the complaint has now passed. If plaintiff, by February 5, 2024, has not filed an opposition to the pending motion to dismiss, the Court will treat the motion to dismiss as unopposed. *See, e.g., Rodriguez v. Redbubble, Inc.*, No. 21 Civ. 2973 (VSB), 2023 WL 6294180, at *3 (S.D.N.Y. Sept. 27, 2023).

      SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: January 31, 2024
       New York, New York