**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
WILLIAM HUNT,

                Plaintiff,
   -against-                                        23 **CIVIL** 9151 (PAE)

                                                       **JUDGMENT**

MICHAEL J. ALAMO, et al.,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 9, 2024, Defendants' motion to dismiss is GRANTED. Hunt's Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      February 09, 2024

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                           **BY:**  _[signature]_

                                                                  **Deputy Clerk**